**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CHARLES MONTALVO,

Petitioner

v.

DAVID MARCIAL, ESQUIRE AND THE
MARCIAL LAW FIRM,

Respondents

: No. 584 EAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.